# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

RONALD K. JONES, II,                )
                                    )
    **Plaintiff,**                   )
                                    )   **No. 3:12-cv-1098**
v.                                  )
                                    )   **Judge Sharp**
PAMELA HAYES, *et al.*,             )   **Magistrate Judge Bryant**
                                    )
    **Defendants.**                  )

## <u>ORDER</u>

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that this action be dismissed without prejudice. Specifically, the R & R provides,

> It appears that service of process has not been completed upon the defendant within 120 days from the filing of the complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure.
>
> From the foregoing, the undersigned Magistrate Judge finds that the complaint should be DISMISSED due to plaintiff's failure to return completed service packets as ordered by the Court, failure to keep the Clerk informed of his current address, failure to accomplish service on the defendant as required, and failure to prosecute his case.

(Docket Entry No. 14). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

1

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 14) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff Ronald K. Jones, II's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE